*General Reed* for petitioner. *Messrs. Jay E. Darlington* and *William N. Haddad* for respondent. ▮

No. 349. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BULLARD, EXECUTOR. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Reed* for petitioner. *Messrs. Samuel S. Holmes, Lorentz B. Knouff,* and *William D. Mitchell* for respondent. ▮

No. 352. UNITED STATES *v.* ILLINOIS CENTRAL R. Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Reed* for the United States. Messrs. *Arthur A. Moreno, Selim B. Lemle, Charles N. Burch, H. D. Minor,* and *Clinton H. McKay* for respondent. ▮

No. 367. ERIE RAILROAD Co. *v.* TOMPKINS. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Harold W. Bissell, William C. Cannon,* and *Theodore Kiendl* for petitioner. *Mr. Alexander L. Strouse* for respondent. ▮

No. 262. UNITED STATES *v.* GARBUTT OIL Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for the United States. *Messrs. John B. Milliken* and *Llewellyn A. Luce* for respondent. ▮